# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| MARIA ESTHER MARTINEZ, ) | Case No.: 1:16-cv-735-GSA |
| ) | |
| Plaintiff, ) | ORDER OF DISMISSAL |
| ) | |
| vs. ) | (Doc. 12) |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security,[1] ) | |
| ) | |
| Defendant. ) | |

Based on the parties' stipulation of dismissal (Doc. 12), the above captioned matter is dismissed pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **February 1, 2017**          **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Fed. R. Civ. Pro. 25(d), Nancy A. Berryhill shall be substituted in for Carolyn W. Colvin, as Nancy A. Berryhill in now the acting Commissioner of Social Security.